United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAMONT BELPULITI,

        Plaintiff,

  v.

ASTRAZENECA PHARMACEUTICALS,
L.P., and ASTRAZENECA, L.P.,

        Defendants

                            /

No. C-06-0550 MMC

**ORDER CLOSING CASE FOR
STATISTICAL PURPOSES ONLY**

On July 10, 2006, the above-titled action was transferred to the Middle District of
Florida for inclusion in MDL No. 1769, In re Seroquel Products Liability Litigation.  (See
Notice of Filing of Order Transferring Cases, filed July 19, 2006, Ex. A).  In light of the
transfer, the Court hereby CLOSES the case for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of any
claim.  Should the matter be remanded to this Court by the Judicial Panel on Multidistrict
Litigation upon completion of the pretrial proceedings in the Middle District of Florida, any
party may take any appropriate action in the same manner as if this order had not been
entered.

**IT IS SO ORDERED.**

Dated: July 21, 2006

MAXINE M. CHESNEY
United States District Judge